State of Mississippi County of Wilkinson     pg 1 of 6

Affidavit of Jason Holloway # M0998

Personally, appeared before me the undersigned authority in and for the aforesaid jurisdiction, being duly sworn by me does depose and state the following:

I, Jason Holloway, do hereby state the following is true and correct to the best of my belief and knowledge.

1. I, Jason Holloway am the plaintiff in the civil action No. 3:19-cv-889-DPJ-FKB. This case was filed around Dec. 5th 2019.

2. The defendants have moved for summary judgment arguing that the plaintiff failed to exhaust his administrative remedies, and that he didn't put the prison staff on notice before filing suit.

3. The plaintiff has several exhibits he is providing with his response to the defendants motion, which are attached to his response to their motions.

4. As for the argument that plaintiff didn't put the officials on notice. The following exhibits are copies of handmail letters wrote to the defendants about the conditions at CMCF from the plaintiff. The plaintiff on 5-30-2020 wrote defendant Dean Epps who

the time was the chief of security at CMCF.
(see Plaintiff's Exhibit 53-1 & 2

5. On 6-20-2020 the plaintiff wrote several handmails to the defendants. (1) Plaintiff's Exhibit #76 is a letter to the Central Kitchen Supervisor. (2) Plaintiff's Exhibit #77 is a letter to the laundry supervisor (3) Plaintiff's Exhibit # 78-1-4 is a memorandum that the plaintiff wrote to defendants: Ron King, Wendall Banks, James Fillyaw and Dean Epps. These letters was mailed to the defendants on 6-24-21 through the ILAP Dept. The plaintiff also wrote defendant William Brazier on 6-20-20 (see Plaintiff's Exhibit #81-1&2)

6. On 6-22-2020 The plaintiff wrote Defendant Joyce Liddell the mailroom supervisor about the delay in me recieving my mail (see Exhibit #93) The plaintiff also wrote the MDOC Commissioner about the ongoing conditions at CMCF (See Exhibit #80-1-4)

7. On 7-15-2020 (see Exhibit 106) I wrote CID about a drug and corruption problem.

8. On 6-17-2020 I wrote the MS Attorney General about the ongoing conditions at CMCF (See Exhibit #82)

9. The following exhibits attached are copies of some

of the medical request that he had submitted they are true and correct copies. They also show if I was seen for them and what was done. The Exhibits are: ( Plaintiff's Exhibits 20, 24, 26, 38, 40, 48, 49, 66, 119, 133, 156, 157, 159, 174, 176, 177, 188 ).

10. Plaintiff's "Exhibit I" is a complaint filed by plaintiff to the MDOC Commissioner and the D.O.J. about the ARP system at CMCF. Never got a response from this.

11. Plaintiff's "Exhibit A" is the grievance policy for the ARP program throughout MDOC. No where in there or the inmate handbook does it state that they can't except ARP's for staff to be disciplined, dictation on how staff may conduct themselves. As a lot of the plaintiff's ARP's was rejected for that reason only.

12. Plaintiff's "Exhibit #59" is a copy of the inmate handbook that has the rules and procedures in it.

13. Plaintiff's "Exhibit #121" & "79" is a ARP about the constant rejections filed by the plaintiff and it was also rejected.

14. Plaintiff's "Exhibit #73" is a copy of the health care policy for sick calls and clinical services which is not followed by the defendants

15. Plaintiff's Exhibits #'s 2, 3, 64, and 153 are sworn affidavits and sworn declarations of other inmates at CMCF about the conditions there. Exhibit # 64 is a sworn declaration from Tommy Hill a inmate who assaulted plaintiff.

16. Plaintiff's Exhibits #'s 1, 8, 9, 11, 12, 87, 131, 173, 185, & 186. are all sworn affidavits from the plaintiff, also sworn declarations from the plaintiff about the conditions at CMCF. A through reading of them will show when the plaintiff talked to the defendants about the ongoing problems and about inmate Tommy Hill who ended up assaulting the plaintiff. (See P.E. #87)

17. Plaintiff's Exhibits #'s 29, 39, 45, and 86 are all the ARP's filed by the plaintiff about the assaults on him and each one was rejected. Even though the plaintiff gave them multiple forms of relief.

18. The defendants argued that the plaintiff never filed a ARP concerning him being forced to participate in Christianity. Well Plaintiff's "Exhibit # 103" is a copy of that ARP which was rejected as well for no reason other than to hinder & trip up the plaintiff.

19. Plaintiff's Exhibits # 42, 154, and 180 is letters wrote to the ARP department about the plaintiff's ARP's were not being responded to according to policy and their responses

20. Plaintiff's Exhibit #46 is a ARP that the plaintiff filed about a conflict with staff and instead of rejecting it the ARP department forwarded it to the Unit Supervisor, Superintendent and CID and it was a complaint about staff to be disciplined and how they conduct themselves. But the other conflict with staff ARP's got rejected. (See Plaintiff Exhibits J, 44, 47, 4) All of them got rejected. This shows how hard the ARP system is to navigate through and that its a dead end.

21. Plaintiff's Exhibit 173 and 192 show that the plaintiff filed an ARP about a conflict with Defendant Cpt. Carrie Williams that was rejected and shows that the plaintiff resubmitted it several times trying to fix the problem only to have it rejected for there being a time lapse of more than 30 days. After the plaintiff resubmitted within the 5 day period according to policy. Plaintiff's Exhibit #190 is the same thing except its were plaintiff was assaulted.

22. The defendants argue that the plaintiff never filed a ARP about being sexually assaulted and stated there was no ARP on file about that. The plaintiff did file an ARP (See Plaintiff's Exhibit #194) which was filed in Nov 2020 and referred to CID and the plaintiff still has not got a result from CID and its now April 2020.

Pg 6 of 6

All of the things mentioned herein are true and correct to the best of plaintiff's knowledge and belief, and should be used as an exhibit to the defendants motion for summary judgment in this case.

Signed, this the __29__ day of __April__, 2021

_____
Affiant

Sworn to and subscribed before me, this the __29th__ day of __April__, year 20__21__

_____
My Commission Expires

_Rosemary Gatlin_
Notary Public

[Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 83744 ROSEMARY GATLIN Commission Expires Jan. 26, 2023 WILKINSON COUNTY]